# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT T. WENGLICKI,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | **NO. 07-4522** |
| | : | |
| **TRIBECA LENDING CORP., et al.,** | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this 22nd day of July, 2009, upon consideration of defendants' motions to dismiss (Documents #38 and #39) and plaintiff's response thereto, it is hereby **ORDERED** that the motions are **GRANTED**. The Clerk is directed to close this case for all purposes.

                                                BY THE COURT:

                                                /s/ Lawrence F. Stengel
                                                LAWRENCE F. STENGEL, J.