# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT T. WENGLICKI, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 07-4522 |
| | : | |
| TRIBECA LENDING CORP., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 21st day of December, 2009, upon consideration of plaintiff's motion for reconsideration (Doc. #46), and defendants' responses thereto (Doc. # 47, 48), IT IS HEREBY ORDERED that plaintiff's motion is **DENIED**.

BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.